J. Kelby Van Patten, NV Bar No. 7942
kvp@paynefears.com
Gregory H. King, NV Bar No. 7777
ghk@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, NV 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Plaintiff CENTEX HOMES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>ST PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendant. | CASE NO.: 2:14-CV-01159-JCM-PAL<br><br>**JOINT REQUEST TO LIFT STAY** |

Plaintiff, CENTEX HOMES ("Centex") and Defendant, ST. PAUL FIRE AND MARINE INSURANCE COMPANY ("Travelers") hereby file this joint request that the stay of this action be lifted.

The Court stayed this action pursuant to the parties' stipulation and LR16.1-20 pending the Nevada Supreme Court's ruling on the issue of whether an insured has a right to independent counsel in Nevada and, if so, under what circumstances. (Doc. 24). These were issues of first impression in Nevada and are central to the outcome of the instant action.

On September 24, 2015, the Nevada Supreme Court issued a decision in the case of *State Farm Mutual Auto. Ins. Co. v. Hansen* ("*Hansen*") (Nevada Supreme Court case no., 64484)

deciding these issues for the first time in Nevada.  A copy of the decision is attached hereto as Exhibit "1."  Now that the Nevada Supreme Court has provided the parties with guidance on this issue of first impression, the stay in this case can be lifted.

DATED: October 5, 2015.

MORALES, FIERRO & REEVES

By: */s/ Ramiro Morales*
Ramiro Morales, NV Bar No. 7101
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, Nevada  89169

Attorneys for Defendant ST. PAUL FIRE & MARINE INSURANCE COMPANY

DATED: October 5, 2015.

PAYNE & FEARS LLP

By: */s/ Gregory H. King*
Gregory H. King, Esq., NV Bar No. 7777
7251 W. Lake Mead Blvd, Suite 525
Las Vegas, Nevada 89128

Attorneys for Plaintiff CENTEX HOMES

4836-4874-5001.1

IT IS SO ORDERED this 8th day of October, 2015.

Peggy A. Leen
United States Magistrate Judge

-2-