J. Kelby Van Patten, NV Bar No. 7942
kvp@paynefears.com
Gregory H. King, NV Bar No. 7777
ghk@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, NV 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Plaintiff CENTEX HOMES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>ST PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendant. | CASE NO.:  2:14-CV-01159-JCM-PAL<br><br>**JOINT STATUS REPORT REGARDING DISMISSAL** |

Plaintiff, CENTEX HOMES ("Centex") and Defendant, ST. PAUL FIRE AND MARINE INSURANCE COMPANY ("Travelers") hereby submit this joint status report pursuant to the Court's November 25, 2015 order requiring the parties to file a stipulation for dismissal or joint status report indicating when the dismissal will be filed by December 23, 2015.  (Doc. 34).  The parties have finalized a settlement agreement.  The parties are waiting to obtain client signatures to the settlement agreement. Once client signatures are obtained, then a stipulation for dismissal will be filed by **January 13, 2016**.

The scheduling order has been vacated.  (Doc. 34).  No trial date has been set.

DATED this 22nd day of December, 2015.  

DATED this 22nd day of December, 2015.

MORALES, FIERRO & REEVES

PAYNE & FEARS LLP

By: */s/ Ramiro Morales* _____
Ramiro Morales, NV Bar No. 7101
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, Nevada  89169

By: */s/ Gregory H. King* _____
Gregory H. King, NV Bar No. 7777
7251 W. Lake Mead Blvd, Suite 525
Las Vegas, Nevada 89128

Attorneys for Defendant ST. PAUL FIRE & MARINE INSURANCE COMPANY

Attorneys for Plaintiff CENTEX HOMES

4823-3128-4780.1

   IT IS ORDERED that the parties shall have until January 13, 2016, to file the stipulation to dismiss.

   Dated this 24th day of December, 2015.

_____
Peggy A. Leen
United States Magistrate Judge

-2-