1  J. Kelby Van Patten, NV Bar No. 7942
   kvp@paynefears.com
2  Gregory H. King, NV Bar No. 7777
   ghk@paynefears.com
3  Sarah J. Odia, NV Bar No. 11053
   sjo@paynefears.com
4  PAYNE & FEARS LLP
   Attorneys at Law
5  7251 W. Lake Mead Blvd., Suite 525
   Las Vegas, NV 89128
6  Telephone: (702) 851-0300
   Facsimile: (702) 851-0315
7
   Attorneys for Plaintiff CENTEX HOMES
8

9             **UNITED STATES DISTRICT COURT**

10               **DISTRICT OF NEVADA**

11

12  CENTEX HOMES, a Nevada general          CASE NO.:  2:14-CV-01159-JCM-PAL
    partnership,
13                                          **STIPULATION AND ORDER FOR**
             Plaintiff,                     **DISMISSAL WITHOUT PREJUDICE OF**
14                                          **COMPLAINT AGAINST ST. PAUL FIRE**
       vs.                                  **AND MARINE INSURANCE COMPANY**
15
    ST PAUL FIRE AND MARINE INSURANCE
16  COMPANY, a Connecticut corporation,

17           Defendant.

18

19

20        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Centex Homes

21  ("Centex") and Defendant, St. Paul Fire & Marine Insurance Company ("Travelers"), by and

22  through their respective attorneys of record, to dismiss **without prejudice** Centex's complaint

23  against Travelers, and each and every cause of action or claim for injury and/or damage therein,

24  with each party to bear its own fees and costs.

25

26

27

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NEVADA 89128
(702) 851-0300

DATED: January 8, 2016                 PAYNE & FEARS LLP


                                       By _____/s/ Sarah J. Odia_____
                                            J. KELBY VAN PATTEN, NV Bar No. 7942
                                            SARAH J. ODIA, NV Bar No. 11053
                                            7251 W. Lake Mead Blvd., Suite 525
                                            Las Vegas, Nevada 89128
                                            Tel. (702) 851-0300

                                            Attorneys for Plaintiff CENTEX HOMES


DATED: January 8, 2016                 MORALES FIERRO & REEVES


                                       By _____/s/ Ramiro Morales_____
                                            RAMIRO MORALES, NV Bar No. 7101
                                            600 S. Tonopah Drive, Ste. 300
                                            Las Vegas, NV 89106
                                            Tel: (702) 699-7822

                                            Attorneys for Defendant ST. PAUL FIRE AND
                                            MARINE INSURANCE COMPANY


## ORDER

Based upon the foregoing Stipulation of the parties hereto,

IT IS HEREBY ORDERED that Centex Home's complaint, and each and every cause of action or claim for injury and/or damage therein, be dismissed against St. Paul Fire and Marine Insurance Company **without prejudice**, with each party to bear their own fees and costs.


DATED January 15, 2016.


_____
UNITED STATES DISTRICT JUDGE

4818-6553-5020.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NEVADA 89128
(702) 851-0300